**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DUSTIN RAY HUCKABY, ADC #148503;
ANTHONY PAUL FLORES, ADC #551459;
and EDWARD GONZALES, ADC #147691

                                                                                                       **PLAINTIFFS**

v.               Case Nos. 4:10-cv-01830-SWW-JJV (LEAD)
                          4:10-cv-01967-SWW-JTK (Consolidated)

BOBBY BROWN, Major, Faulkner
County Detention Center; *et al.*                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff Edward Gonzales is DISMISSED without prejudice.

2. Defendants Brown, Randell, Givens, Cruckleton, and Byrd are DISMISSED without prejudice.

3. Service is appropriate for Defendants Troy Porter, Ira Furlow, Josh Blackstock, Kevin Medilin, Howard Hall, Tommy Griffen, and Michael Thomas.

4. The Clerk of the Court shall prepare summons for Defendants Porter, Furlow, Blackstock, Medilin, Hall, Griffen, and Thomas.

5. The United States Marshall is directed to serve a copy of the Complaint (Doc. No. 2) and summons on the Defendants without prepayment of fees and costs or security therefore.

DATED this 25th day of July, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT COURT JUDGE